# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARCO VINICIO VASQUEZ SALINAS,

      Petitioner,

    v.

ANGELA HOOVER, *in her Official Capacity as the Warden of Clinton County Correctional Facility*, et al.,

      Respondents.

No. 4:26-CV-01545

(Chief Judge Brann)

## ORDER

### JUNE 17, 2026

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Vasquez Salinas' 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2.    The Government **SHALL** either shall release Vasquez Salinas on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Vasquez Salinas with an individualized bond hearing at which he may present evidence on or before Tuesday, June 30, 2026;

3.    On or before Monday, July 13, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the

reasons for such denial (beyond simply stating that Petitioner was found

to be a danger or flight risk); and

4.    The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge